AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| MYRA HOFSTETTER | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:11cv614 |
| CAPIO PARTNERS, LLC | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Capio Partners, LLC
2250 Satellite Blvd # 210
Duluth, GA 30097

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Peter Cozmyk,
Krohn & Moss, Ltd.
8043 Corporate Circle, Suite 3
North Royalton, OH 44133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/07/2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11cv614

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Capio Partners, LLC**
was received by me on *(date)* **9/1/11**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Chris Vigel - Senior vice president of accounting**, who is designated by law to accept service of process on behalf of *(name of organization)* **Capio Partners, LLC** **2250 Satellite Blvd. Suite 210 Duluth, Georgia 30097** on *(date)* **9/29/11** at **2:17 pm** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **9/29/11**

*Hope Adams*
Server's signature

**Hope Adams - process server**
Printed name and title

**5280 Arbor View Way, Sugar Hill, GA 30518**
Server's address

Additional information regarding attempted service, etc: