IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| **MYRA HOFSTETTER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:11-cv-614 |
| | ) |
| **CAPIO PARTNERS, LLC,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT, CAPIO PARTNERS LLC'S,
RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Defendant, Capio Partners, LLC ("Capio"), through counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Capio Partners, LLC, a Texas Corporation, is wholly owned by Capio Management, LLC, a Nevada corporation, a wholly owned subsidiary of Capio Asset Servicing, LLC, also a Nevada corporation. There is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

/s/ Franklin C. Malemud, Esq.
Franklin C. Malemud, Esq.
Ohio Attorney Reg. #0068356
Reminger Co., L.P.A.
1400 Midland Building
101 West Prospect Avenue
Cleveland, OH  44115-1093
Telephone: (216) 430-2225
Facsimile: (216) 430-2284
Email: fmalemud@reminger.com

Attorney for Defendant,
Capio Partners, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by the Court's ECF/CM electronic filing system on this 20th day of October, 2011.

/s/ Franklin C. Malemud
Franklin C. Malemud, Esq.