**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **MYRA HOFSTETTER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:11-cv-614 |
| ) | |
| **CAPIO PARTNERS, LLC,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF PENDING SETTLEMENT**

Defendant, Capio Partners, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ Franklin C. Malemud
Franklin C. Malemud, Esq.
Ohio Attorney Reg. # 0068356
Reminger Co., L.P.A.
1400 Midland Building
101 West Prospect Avenue
Cleveland, OH  44115-1093
Telephone: (216) 430-2225
Facsimile: (216) 430-2284
Email: fmalemud@reminger.com

Attorney for Defendant,
Capio Partners, LLC

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I electronically filed the foregoing, **Notice of Pending Settlement,** with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Peter Cozmyk
Krohn & Moss, Ltd
8043 Corporate Circle, Suite 3
North Royalton, OH 44133
323-988-2400 x 213
Fax: 866-799-3206
Email: pcozmyk@consumerlawcenter.com

                                              /s/ Franklin C. Malemud
                                              Franklin C. Malemud, Esq.